

FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Jonathan Interiano,<br>DEFENDANT(S). | CASE NUMBER<br><br>SA16- 61 M - 01<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __Friday  2/19/16_____, _____, at __2:00__ ☐ a.m. / ☑ p.m. before the Honorable __Karen E. Scott_____, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: __2/17/16_____

_____
KAREN E. SCOTT
U.S. ~~District Judge~~/Magistrate Judge